IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Cornelius Jr, Felix | Case Number:  08 B 21673 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 03/10/09 | Filed:  8/18/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 13, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 200.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 200.00 |
| Totals: | 200.00 | 200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | TCF Bank | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 666.26 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 27,420.12 | 0.00 |
| 5. | TCF Bank | Secured | 987.96 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 926.10 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 399.41 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 493.96 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 405.23 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 301.15 | 0.00 |
| 11. | Hartford Insurance | Secured | | No Claim Filed |
| 12. | Cook County Treasurer | Secured | | No Claim Filed |
| 13. | Internal Revenue Service | Priority | | No Claim Filed |
| 14. | Hartford Insurance | Unsecured | | No Claim Filed |
| 15. | Comcast Cablevision | Unsecured | | No Claim Filed |
| 16. | Bank Of America | Unsecured | | No Claim Filed |
| 17. | Northwest Community Hospital | Unsecured | | No Claim Filed |
| 18. | Provida Six Week Body Makeover | Unsecured | | No Claim Filed |
| 19. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 20. | Wast Suburban Healthcare | Unsecured | | No Claim Filed |
| | | | $ 31,600.19 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cornelius Jr, Felix

Printed: 03/10/09

Case Number:  08 B 21673
Judge:  Goldgar, A. Benjamin
Filed:  8/18/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*